The People of the State of Illinois, defendant in error, v. Ford Lee Washington and John W. Sublett, plaintiffs in error. Gen. No. 33,886.

 Opinion filed February 24, 1930.

Jacob Kosbie and Aaron Soble, for plaintiffs in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.